HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
YEE THAO[1]

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:19-po-00122-SAB |
|---|---|
| Plaintiff, | ) STIPULATION TO ALLOW FIXED-SUM |
| | ) PAYMENT IN LIEU OF FURTHER |
| vs. | ) APPEARANCE; ORDER |
| | ) |
| YEE THAO, | ) Date:   August 22, 2019 |
| | ) Time:   2:00 p.m. |
| Defendant. | ) Judge: Hon. Stanley A. Boone |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Yee Thao, that Citation No. 5466392 shall be resolved by payment of a fixed-sum in lieu of Mr. Thao's further appearance, pursuant to Federal Rule of Criminal Procedure 58(d)(1) and Local Rule Crim. 410. Specifically, Mr. Thao agrees to pay a $300 fine and $30 processing fee.

//

//

//

---

[1] The Office of the Federal Defender has not and is not seeking appointment in Mr. Thao's case. Defense counsel is appearing for the limited purpose of facilitating Mr. Thao's request for leave to pay his citation in lieu of his future appearance.

|   |   |   |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | | MCGREGOR W. SCOTT |
| 3 | | United States Attorney |
| 4 | | |
| 5 | Date: August 21, 2019 | */s/ Michael Tierney* |
|   | | MICHAEL TIERNEY |
| 6 | | Assistant United States Attorney |
|   | | Attorney for Plaintiff |
| 7 | | |
| 8 | | HEATHER E. WILLIAMS |
|   | | Federal Defender |
| 9 | | |
| 10 | Date: August 21, 2019 | */s/ Matthew Lemke* |
| 11 | | MATTHEW LEMKE |
|   | | Assistant Federal Defender |
| 12 | | Attorney for Defendant |
|   | | YEE THAO |

## ORDER

**IT IS SO ORDERED.** Defendant Yee Thao is ordered to pay a $300 fine and a $30 processing fee, for a total financial obligation of $330, in lieu of any future appearance in Case No. 1:19-po-00122-SAB. The August 22, 2019 continued initial appearance is hereby vacated. IT IS SO ORDERED.

Dated: __**August 21, 2019**__

UNITED STATES MAGISTRATE JUDGE